UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KENETH MENA TORRES,

             Petitioner,

v.

CAMILA H WAMSLEY, et al.,

             Respondents.

C25-5772 TSZ

MINUTE ORDER

      The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

      (1)    The Stipulated Motion, docket no. 8, is GRANTED.  The parties shall submit briefing pursuant to the following schedule:

| **Filing** | **Deadline** |
|---|---|
| Federal Respondents' Response to the TRO Motion | September 10, 2025 |
| Petitioner's reply in support of the TRO Motion | September 15, 2025 |

      (2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

      Dated this 8th day of September, 2025.

                              Ravi Subramanian
                              Clerk

                              s/Laurie Cuaresma
                              Deputy Clerk

MINUTE ORDER - 1