UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KENETH MENA TORRES,<br><br>    Petitioner,<br><br>  v.<br><br>CAMILA H. WAMSLEY, Seattle Interim Field Office Director; BRUCE SCOTT, Warden; KRISTI NOEM, Secretary of Homeland Security; UNITED STATES DEPARTEMENT OF HOMELAND SECURITY; PAMELA BONDI, Attorney General of the United States; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW (EOIR); SIRCE OWEN, Acting Director of EOIR; and TACOMA IMMIGRATION COURT,<br><br>    Respondents. | C25-5772 TSZ<br><br>ORDER |

    Having conducted a telephonic hearing in this matter at which Kevin Crabtree, Nicole Gamble, and Manuel Rios appeared on behalf of petitioner and Michelle Lambert appeared on behalf of respondents, the Court ORDERS as follows:

    (1)    Petitioner's motion for a temporary restraining order, docket no. 6, is CONVERTED to a motion for a preliminary injunction, and it is RENOTED to September 26, 2025.

ORDER - 1

  (2) Respondents may file a surreply not to exceed ten (10) pages in length on or before noon on September 26, 2025.

  (3) Oral argument on petitioner's motion for a preliminary injunction is SET for Thursday, October 2, 2025, at 1:30 p.m. The hearing will be conducted virtually via ZoomGov.com. Counsel will be provided information to access the ZoomGov session via email. If the Court concludes that it can rule on petitioner's motion without oral argument, it will do so and strike the hearing.

  (4) Respondents are ENJOINED from transporting petitioner to a detention facility outside the Western District of Washington pending further Order of the Court.

  (5) Respondents shall provide petitioner's counsel and the Court at least seventy-two (72) hours' notice before attempting to deport or remove petitioner from the United States.

  (6) The Clerk is directed to send a copy of this Order to all counsel of record.

IT IS SO ORDERED.

Dated this 22nd day of September, 2025.

                _____
                Thomas S. Zilly
                United States District Judge

ORDER - 2