1

2

3

4

5

6                          UNITED STATES DISTRICT COURT
                        WESTERN DISTRICT OF WASHINGTON
7                                   AT SEATTLE

8     KENETH MENA TORRES,

9                         Petitioner,

10           v.                                    C25-5772 TSZ

11    CAMILA H. WAMSLEY, et al.,                   MINUTE ORDER

12                        Respondents.

13
             The following Minute Order is made by direction of the Court, the Honorable
14    Thomas S. Zilly, United States District Judge:

15           (1)     Counsel are DIRECTED to be prepared to address, in addition to the issues
      presented in their briefs relating to petitioner's motion for preliminary injunction, the
16    following subjects:

17                   (a)     Whether an alien may be detained under 8 U.S.C. § 1225(b)(2)[1]
             when no removal proceedings are either pending or anticipated to be commenced;
18           _see_ Sica Decl. at ¶ 8 (docket no. 11) (indicating that an immigration judge has
             previously denied the Government's motion to "re-calendar" or reopen petitioner's
             removal proceedings);
19

20    ───────────────────

21    [1] Respondents contend that petitioner is detained pursuant to 8 U.S.C. § 1225(b), which provides
      in relevant part: "[I]f the examining immigration officer determines that an alien seeking
      admission is not clearly and beyond a doubt entitled to be admitted, the alien shall be detained
22    for a proceeding under section 1229a of this title." 8 U.S.C. § 1225(b)(2)(A).

23

MINUTE ORDER - 1

(b)      Whether a warrant of arrest within the meaning of 8 U.S.C. § 1226(a)[2] was issued after petitioner was designated an unaccompanied child ("UAC"), *see* Pet.'s Reply at 5 (docket no. 13), and whether such warrant was still in effect at the time of petitioner's apprehension leading to the current detention; and

(c)      Whether the Court should adopt the reasoning set forth in *Rodriguez Vazquez v. Bostock*, 779 F. Supp. 3d 1239 (W.D. Wash. 2025), and *Rodriguez Vazquez v. Bostock*, Order (docket no. 65), Case No. C25-5240 TMC (W.D. Wash. Sept. 30, 2025), to conclude that 8 U.S.C. § 1226(a) applies, 8 U.S.C. § 1225(b)(2) does not apply, and petitioner is entitled to a bond hearing.

(2)      The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 30th day of September, 2025.

Ravi Subramanian
Clerk

s/Grant Cogswell
Deputy Clerk

---

[2] Section 1226(a) reads in relevant part: "On a warrant issued by the Attorney General, an alien may be arrested and detained pending a decision on whether the alien is to be removed from the United States.  Except as provided in subsection (c) and pending such decision, the Attorney General . . . may continue to detain the arrested alien . . . [or] may release the alien on . . . a bond of at least $1,500 . . . or . . . conditional parole . . . ."  8 U.S.C. §§ 1226(a)(1)&(2)(A)–(B).

MINUTE ORDER - 2