UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KENETH MENA TORRES,

Petitioner,

v.

JULIO HERNANDEZ; BRUCE SCOTT;
MARKWAYNE MULLIN; TODD
BLANCHE; DAREN MARGOLIN;
U.S. DEPARTMENT OF HOMELAND
SECURITY; EXECUTIVE OFFICE FOR
IMMIGRATION REVIEW; and
TACOMA IMMIGRATION COURT,[1]

Respondents.

C25-5772 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)    Petitioner's unopposed motion for extension, docket no. 33, is GRANTED, and any reply in support of petitioner's motion for attorney's fees and costs pursuant to the Equal Access to Justice Act ("EAJA") shall be filed by August 4, 2026.  In addition to the issues mentioned in the motion for extension, petitioner's reply shall also address

---

[1] Julio Hernandez, Acting Director of the Seattle Field Office for Enforcement and Removal Operations of U.S. Immigration and Customs Enforcement, is substituted for Camila Wamsley; Markwayne Mullin, Secretary of the U.S. Department of Homeland Security, is substituted for former Secretary Kristi Noem; Todd Blanche, Acting U.S. Attorney General, is substituted for former Attorney General Pamela Bondi; and Darn Margolin, Director of the Executive Office for Immigration Review is substituted for Sirce Owen. *See* Fed. R. Civ. P. 25(d).

MINUTE ORDER - 1

whether, in light of the U.S. Supreme Court's recent grant of a writ of certiorari, the Court should stay consideration of petitioner's motion for EAJA attorney's fees and costs. *See Montoya Palacios v. Baker*, No. 25-4045, 2026 WL 171690 (D. Md. Jan. 22, 2026), *aff'd*, No. 26-6251, 2026 WL 1154321 (4th Cir. Mar. 24, 2026), *cert. granted sub nom. Palacios v. Liggins*, No. 25-1223, --- S. Ct. ---, 2026 WL 1855057 (June 29, 2026).

(2)     The limit on the length of petitioner's reply in support of the motion for EAJA attorney's fees and costs is *sua sponte* INCREASED to 4,200 words or 12 pages.

(3)     Petitioner's motion for EAJA attorney's fees and costs, docket no. 29, is RENOTED to August 4, 2026.

(4)     The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 23rd day of July, 2026.

Joshua C. Lewis
Clerk

s/Grant Cogswell
Deputy Clerk

MINUTE ORDER - 2